

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-60725

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2007

Charles R. Fulbruge III
Clerk

In Re: MARTIN ROBERSON

      Movant

5:07cv116

---
Motion for an order authorizing
the United States District Court for the Southern
District of Mississippi to consider
a successive 28 U.S.C. § 2254 application
---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 12, 2007, for want of prosecution. The movant failed to timely comply with this Court's notice of October 30, 2007.

                  CHARLES R. FULBRUGE III
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

                  By: _____
                        Peter Conners, Deputy Clerk

            ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
            Deputy
New Orleans, Louisiana  DEC 12 2007